202 So.2d 655

**LOUISIANA POWER & LIGHT COMPANY**

**v.**

**John C. B. JUMONVILLE.**

No. 48852.

Sept. 29, 1967.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

202 So.2d 655

**LEAGUE CENTRAL CREDIT UNION**

**v.**

**Mrs. Carrie MONTGOMERY and Mrs. Willie Be Farries.**

No. 48817.

Sept. 29, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

202 So.2d 655

**Edgar J. ROGERS**

**v.**

**The STUYVESANT INSURANCE COMPANY OF NEW YORK.**

No. 48810.

Sept. 29, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.